**No. 69151.**—National Carloading Corp. and Lodge Spark Plug Co. et al. *v.* United States, protests 64/2823, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co. v. United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 22, 1965

**No. 69152.**—Lewis Galoob Co. and Thornley & Pitt et al. *v.* United States, protests 62/18370, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69153.**—Novelty Import Co., Inc., and Mutual Buying Syndicate, Inc. *v.* United States, protests 60/25960 and 60/5488 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained.